**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-18763/1218086985

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 13, 2009

ORDERED

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE:

Todd Jerry Brown and Carolee Sharp Brown
    Debtors.
_____

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9

    Movant,
vs.

Todd Jerry Brown and Carolee Sharp Brown, Debtors; David M. Reaves, Trustee.

    Respondents.

No. 2:09-bk-16425-SSC

Chapter 7

**ORDER FOR REMOVAL OF BANKRUPTCY STAY**

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the

Deed of Trust recorded September 1, 2005, at Recorders No. 2005-115350, in the records of the Pinal County, Arizona Recorder's Office, wherein Todd Jerry Brown and Carolee Sharp Brown, are designated as trustors and The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9 is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> LOT 150, OF VINEYARD ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET D, SLIDE 188.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtors may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this \_\_\_\_\_ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT